# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140960

RON DEXTROM, KEVIN HEITGER, CORY DANFORD, AIMEE DANFORD, BARBARA HOFSTRA, JACK KIMBLE, ROBERT JAMES LOHMAN, STEVEN MCCORMICK, MARK MCGUCKIN, DIANE MCGUCKIN, WILLIAM MEAD, SHIRLEY MEAD, LAURA SMITH, EDWARD BRICKHEIMER, NORMA BRICKHEIMER, JUSTIN PAQUETTE, TAMARA PAQUETTE, GERALD K. ROOT, JANICE M. ROOT, KENNETH BOISSEAU, CHRISTINE BOISSEAU, DAVID E. JOHNSON, KARIN U. JOHNSON, DANIEL P. BIRGY, DOREEN MARIE BIRGY, ERIC BIRDSALL, JUDITH BIRDSALL, RICHARD ANSTETT, BARBARA ANSTETT, HAL HAGADORN, BARBARA HAGADORN, SUZANNE BOERMA, PHILIP BOERMA, JR., CARL A. PHILLIPS, TINA C. PHILLIPS, CHARLES MCGAHA, JOYCE MCGAHA, RITA MCNAMARA, JONATHON BENNETT, DANIEL A. SUTTON, BEVERLY J. SUTTON, KIMBERLY SULLIVAN, LINDA MOHLER, WALTER MOHLER, GUY MOCABY, JILL MOCABY, LARRY WASHBURN, DEBORAH WASHBURN, RICHARD A. PILON, SALLY E. PILON, JONATHON PIKE, TERRY SUMMERLEE, BECKY SUMMERLEE, RAMEY ROOSE, and LAURA S. HEITGER,
                    Plaintiffs-Appellees,
and

TONY CASSONE, DONOTA CASSONE, ROGER GRAMES, ELIZABETH ANN GRAMES, JOEL M. YONKMAN, REBECCA F. YONKMAN, CRAIG HANEY, JILL HANEY, JOHNA A. WINCHESTER, DOREEN M. WINCHESTER, SABRINA C. LESTER, ANTHONY VANHEE, MARGARET VANHEE, MARIANNE ALLISON HOWES, DONALD BIGGER, SCOTT HARANDA, MATTHEW J.

SC: 140960
COA: 281020
Wexford CC: 06-019912-CE

CLARK, BETTY L. CLARK, JOE F. BURLSON,
CHERYL N. BURLSON, MICHAEL B. JONES,
BRIAN SULLIVAN, ROBERT BLACKLEDGE,
RACHELLE BLACKLEDGE, PAUL E.
CONNER, TERRY L. CONNER, ALBERT
WILLIAMS, and FRANCES WILLIAMS,
   Plaintiffs-Appellees,

v

WEXFORD COUNTY, WEXFORD COUNTY
LANDFILL, and WEXFORD COUNTY
DEPARTMENT OF PUBLIC WORKS,
   Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the March 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

p0830